Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

Allegra L. Fishel
Lewis M. Steel
Paul W. Mollica
Nantiya Ruan
Deidre A. Aaron
Sally Abrahamson
Reena Arora
Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cyrus Dugger
Cara E. Greene
Jennifer Liu
Ossai Miazad
Carmel Mushin
Melissa Pierre-Louis
Sandra Pullman
Michael Scimone
Dana Sussman
Amber Trzinski
Juno Turner
Elizabeth Wagoner

# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

September 14, 2012

**Via ECF**
Honorable Leonard D. Wexler
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Charlot et al. v. Ecolab, Inc.*, No. 12-cv-04543 (LDW)(GRB)

Dear Judge Wexler:

We represent Plaintiffs in the above-referenced matter. We write to attempt to correct a mistake Plaintiffs made on the Civil Cover Sheet.

Plaintiffs filed their Class Action Complaint in the Eastern District of New York, Brooklyn. Pursuant to Local Rules 50.1(d)(3) and 50.2(f), we write to respectfully request that designation of the case as a Long Island case be canceled and that the case be reassign to Brooklyn.

A substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred in Queens County and not in Nassau or Suffolk Counties. Plaintiffs incorrectly answered "yes" to question 2(a) of the Local Rule 50.1(d) questions on page two of the Civil Cover Sheet, indicating in error that the relevant events or omissions occurred in Nassau or Suffolk County, and causing the case to be sent to Long Island. Moreover, the Complaint pleads New York and New Jersey class actions against a Minnesota defendant and the Brooklyn courthouse is more easily accessible to parties and witnesses traveling from New Jersey, Minnesota, and other parts of New York State. Accordingly, reassigning the case to Brooklyn would serve the convenience of all parties.

For the foregoing reasons, Plaintiffs respectfully request that the Long Island designation be canceled and the case be reassigned to Brooklyn.


3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 212-977-4005
6 Landmark Square, Suite 400, Stamford, CT 06901  Tel 203-363-7888  Fax 203-363-0333
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
og@outtengolden.com   www.outtengolden.com


Honorable Leonard D. Wexler
September 14, 2012
Page 2 of 2

We appreciate the Court's attention to this matter.

Respectfully submitted,

Molly A. Brooks

cc: Michael J.D. Sweeney
Artemio Guerra
Justin M. Swartz