

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANTHONY CHARLOT, ALAN REMACHE,
and JOSE TEJADA, individually and on
behalf all others similarly situated,

        Plaintiffs,                          Index No. CV 12 - 04543

       -against-                          AFFIDAVIT OF SERVICE

ECOLAB, INC.,

        Defendant.
---------------------------------------------------------------X
STATE OF MINNESOTA  )
                          S.S.:
COUNTY OF HENNEPIN )

      NICK GIBBONS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 2nd day of JANUARY 2013, at approximately the time of 2:30 PM, deponent served a true copy of the LETTER, SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT and CIVIL COVER SHEET upon ECOLAB, INC. at 370 WABASHA STREET NORTH, #100, SAINT PAUL, MN, by personally delivering and leaving the same with DAVE DUVICK who informed deponent that he holds the position of Legal Counsel with that company and is authorized by appointment to receive service at that address.

      Dave Duvick is a white male, approximately 45 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 190 pounds with brown hair.

_____
NICK GIBBONS

Sworn to before me this
7th day of JANUARY 2013

_____
NOTARY PUBLIC

DAVID HALLDORSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2015

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com