



Littler Mendelson, PC
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136

Shirley Lerner
612.313.7601 direct
612.630.1000 main
slerner@littler.com

January 7, 2013

**VIA FACSIMILE 718.613.2416**
**U.S. MAIL**

Honorable Chief Judge Carol Bagley Amon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Charlot et al. v. Ecolab, Inc.**
      **Court File No.: 12-cv-04543**

Dear Honorable Chief Judge Amon:

On behalf of Ecolab Inc. we are responding to Plaintiffs' counsel correspondence of December 27, 2012 requesting reassignment from Long Island to Brooklyn. We do not oppose the request. Reassignment to Brooklyn would be acceptable based on the underlying facts and would serve the convenience of the parties.

Sincerely,

**LITTLER MENDELSON, P.C.**

Shirley Lerner

SOL/rah

Cc:   Molly A. Brooks
      Michael J.D. Sweeney
      Justin M. Swartz

Firmwide:117359639.1 057118.1164

littler.com