UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 410
Melville, New York  11747
(631) 247-0404

      ATTORNEYS OF RECORD:
          JEFFREY W. BRECHER, ESQ.
          NOEL P. TRIPP, ESQ.

---------------------------------------------------------------X

ANTHONY CHARLOT, ALAN REMACHE, and JOSE TEJADA, individually and on behalf all others similarly situated,

                             Plaintiff,

v.

ECOLAB, INC.,

                             Defendant.

---------------------------------------------------------------X

Case No. CV 12-04543

Matsumoto, J.

Scanlon, M.J.

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE, that Defendant, hereby appears in the above entitled action, and that the undersigned has been retained as attorneys for said Defendant.

Dated:  Melville, New York
          January 23, 2013

                                        Respectfully submitted,

                                        JACKSON LEWIS LLP
                                        *ATTORNEYS FOR DEFENDANT*
                                        58 S. Service Road, Suite 410
                                        Melville, New York  11747
                                        Tel.:  (631) 247-4652
                                        Email:  brecherj@jacksonlewis.com

                            By: _____
                                  JEFFREY W. BRECHER, ESQ.

4840-5594-8818, v. 1