| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **GETMAN & SWEENEY , PLLC** |
| Justin M. Swartz (JS 7989) | Michael J.D. Sweeney (MS 7959) |
| Molly A. Brooks (MB 2360) | Artemio Guerra (AG 2005) |
| Sally J. Abrahamson (admitted *pro hac vice*) | 9 Paradies Lane |
| 3 Park Avenue, 29th Floor | New Paltz, New York 12561 |
| New York, New York 10016 | Telephone: (845) 255-9370 |
| Telephone:  (212) 245-1000 | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

ANTHONY CHARLOT, ALAN REMACHE, and JOSE TEJADA, individually and on behalf all others similarly situated,

                Plaintiffs,

    v.

ECOLAB, INC.,

                Defendant.

12-cv-04543 (KAM)(VMS)

### PLAINTIFFS' NOTICE OF MOTION FOR
### LEAVE TO FILE AN AMENDED COMPLAINT

       For the reasons set forth in Plaintiffs' Memorandum of Law in Support of their Motion for Leave to File an Amended Complaint, and in the Declaration of Justin M. Swartz and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

    (1)    Granting Plaintiffs leave to file the Amended Complaint; and

    (2)    Granting such further relief as the Court deems just and proper.

Dated: New York, New York
       June 12, 2014

                                    Respectfully submitted,

                                    **OUTTEN & GOLDEN LLP**
                                    By:

                                    /s/ Justin M. Swartz
                                    Justin M. Swartz (JS 7989)

Molly A. Brooks (MB 2360)
Sally J. Abrahamson (admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**GETMAN & SWEENEY, PLLC**
Michael J.D. Sweeney (MS 7959)
Artemio Guerra (AG 2005)
9 Paradies Lane
New Paltz, New York 12561
Telephone: (845) 255-9370

*Attorneys for Plaintiffs and the Putative Class*